# EXHIBIT 1
(sealed pursuant to pending motion)