**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRADEMARK HOLDER IDENTIFIED IN EXHIBIT 1 HERETO,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: _____ |

**EXHIBIT 1 -**
**PLAINTIFFS ("Plaintiff")**

**Nyanify, Inc.**
749 Cambridge Dr.,
Plano, Texas 75023
Nyanify, Inc. is responsible for the sales, marketing, design and distribution of authorized NYAN CAT products.

**Christopher Orlando Torres**
749 Cambridge Dr.,
Plano, Texas 75023
Director and sole shareholder of Nyanify, Inc.

4839-8809-2629.1