# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office

# Nyan Cat

**Reg. No. 4,376,980**

**Registered Jul. 30, 2013**

**Amended Jan. 29, 2019**

**Int. Cl.: 9, 25**

**Trademark**

**Principal Register**

Torres, Christopher Orlando (UNITED STATES INDIVIDUAL), AKA PRGuitarman
1900 Avenue Of The Stars, 25th Floor
C/o Kia Kamran P.c.
Los Angeles, CALIFORNIA 900674301

CLASS 9: Computer application software for use with mobile phones and portable media players, namely, software for manipulating a character through a series of challenges displayed on the device's screen or monitor

FIRST USE 4-30-2011; IN COMMERCE 4-30-2011

CLASS 25: T-shirts * related to an Internet meme of an animated cat *

FIRST USE 7-31-2012; IN COMMERCE 7-31-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CAT"

SER. NO. 85-357,643, FILED 06-28-2011

*[Signature]*

Director of the United States
Patent and Trademark Office