# EXHIBIT 3

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,377,351**
**Registered July 30, 2013**
**Int. Cls.: 9, 16, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Acting Director of the United States Patent and Trademark Office*

TORRES, CHRISTOPHER ORLANDO (UNITED STATES INDIVIDUAL)
1100 GLENDON AVENUE, 15TH FLOOR
C/O KIA KAMRAN, P.C.
LOS ANGELES, CA 90024

FOR: INTERACTIVE VIDEO GAME PROGRAMS; SPECTACLES; SUNGLASSES , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-2011; IN COMMERCE 4-30-2011.

FOR: DECALS; HALLOWEEN GOODIE BAGS OF PAPER OR PLASTIC; PAPER PARTY DECORATIONS; REMOVABLE TATTOOS; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-9-2011; IN COMMERCE 10-9-2011.

FOR: BOOT ACCESSORIES, NAMELY, FITTED DECORATIVE COVERS FOR BOOTS; COSTUMES FOR USE IN CHILDREN'S DRESS UP PLAY; GLOVES; HALLOWEEN COSTUMES; HATS; HEADWEAR; SHOE ACCESSORIES, NAMELY, FITTED DECORATIVE COVERS FOR SHOES; SHOES; T-SHIRTS; VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2011; IN COMMERCE 5-1-2011.

FOR: CHILDREN'S DRESS UP ACCESSORIES, NAMELY, TOY HELMETS FOR PLAY; CHILDREN'S PLAY COSMETICS; DOLLS AND ACCESSORIES THEREFOR; PARTY FAVORS IN THE NATURE OF SMALL TOYS; PLUSH TOYS; STUFFED AND PLUSH TOYS; TOY ACTION FIGURES AND ACCESSORIES THEREFOR; TOY AND NOVELTY FACE MASKS; TOY ARMOR; TOY WEAPONS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-1-2012; IN COMMERCE 11-1-2012.

THE MARK CONSISTS OF A GREY FELINE WITH A BREAKFAST PASTRY REPLACING THE MIDSECTION AND TRAILED BY A WAVY RAINBOW. THE CAT'S ENTIRE BODY IS BOUNDED BY A BLACK LINE, THE FACE IS GREY. TWO EQUALLY SIZED SQUARES OF PINK ARE POSITIONED ON OPPOSITE SIDES OF THE CAT'S FACE, RESEMBLING CHEEKS. THE CAT'S MOUTH IS COMPRISED OF A BLACK CAPITAL LETTER "E" ROTATED 90 DEGREES SO THAT THE PRONGS FACE UPWARD. ABOVE THE MOUTH AND

**Reg. No. 4,377,351** SLIGHTLY OFF THE CENTER OF THE FACE, A SINGLE SQUARE OF BLACK REPRESENTS THE NOSE, TO EITHER SIDE ARE MATCHING BLACK SQUARES EACH WITH A SMALLER WHITE SQUARE IN THE UPPER LEFT HAND CORNER RESEMBLING EYES. THE MID-SECTION OF THE ANIMAL IS COMPRISED OF A FIELD OF PINK SPECKLED WITH DARKER PINK AND BOUNDED BY A TAN BOARDER SO IT RESEMBLES A BREAKFAST PASTRY WITH PINK ICING AND SPRINKLES. THE CAT'S TAIL IS GREY AND POINTS SKYWARD AT APPROXIMATELY A 45-DEGREE ANGLE. THE CAT'S FOUR PAWS ARE GREY BOUNDED BY BLACK. TRAILING THE CAT IS A RAINBOW COMPRISED OF THE SAME GEOMETRIC SHAPE REPEATED IN THE FOLLOWING COLORS FROM TOP TO BOTTOM: RED, ORANGE, YELLOW, GREEN, BLUE AND INDIGO. THE CAT'S GRAY TAIL BOUNDED BY BLACK TRAVERSES PARTS OF THE BLUE, GREEN AND YELLOW SEC-TIONS.

THE COLOR(S) BLACK, GREY, PINK, WHITE, TAN, RED, ORANGE, YELLOW, GREEN, BLUE, AND INDIGO IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 85-576,370, FILED 3-21-2012.

BRIAN NEVILLE, EXAMINING ATTORNEY