# EXHIBIT 4

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,457,316**  
**Registered Dec. 31, 2013**  
**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**



TORRES, CHRISTOPHER ORLANDO (UNITED STATES INDIVIDUAL)
1100 GLENDON AVENUE, 15TH FLOOR
% KIA KAMRAN, P.C.
LOS ANGELES, CA 90024

FOR: JEWELRY; ORNAMENTAL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-2-2011; IN COMMERCE 5-31-2011.

THE MARK CONSISTS OF A GREY FELINE WITH A BREAKFAST PASTRY REPLACING THE MIDSECTION AND TRAILED BY A WAVY RAINBOW. THE CAT'S ENTIRE BODY IS BOUNDED BY A BLACK LINE, THE FACE IS GREY. TWO EQUALLY SIZED SQUARES OF PINK ARE POSITIONED ON OPPOSITE SIDES OF THE CAT'S FACE, RESEMBLING CHEEKS. THE CAT'S MOUTH IS COMPRISED OF A BLACK CAPITAL LETTER "E" ROTATED 90 DEGREES SO THAT THE PRONGS FACE UPWARD. ABOVE THE MOUTH AND SLIGHTLY OFF THE CENTER OF THE FACE, A SINGLE SQUARE OF BLACK REPRESENTS THE NOSE, TO EITHER SIDE ARE MATCHING BLACK SQUARES EACH WITH A SMALLER WHITE SQUARE IN THE UPPER LEFT HAND CORNER RESEMBLING EYES. THE MIDSECTION OF THE ANIMAL IS COMPRISED OF A FIELD OF PINK SPECKLED WITH DARKER PINK AND BOUNDED BY A TAN BOARDER SO IT RESEMBLES A BREAKFAST PASTRY WITH PINK ICING AND SPRINKLES. THE CAT'S TAIL IS GREY AND POINTS SKYWARD AT APPROXIMATELY A 45-DEGREE ANGLE. THE CAT'S FOUR PAWS ARE GREY BOUNDED BY BLACK. TRAILING THE CAT IS A RAINBOW COMPRISED OF THE SAME GEOMETRIC SHAPE REPEATED IN THE FOLLOWING COLORS FROM TOP TO BOTTOM: RED, ORANGE, YELLOW, GREEN, BLUE AND INDIGO. THE CAT'S GRAY TAIL BOUNDED BY BLACK TRAVERSES PARTS OF THE BLUE, GREEN AND YELLOW SECTIONS.

THE COLOR(S) BLACK, GREY, PINK, WHITE, TAN, RED, ORANGE, YELLOW, GREEN, BLUE AND INDIGO IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 85-576,372, FILED 3-21-2012.

BRIAN NEVILLE, EXAMINING ATTORNEY

*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office